IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS BANK & TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTIER BANK, KIMBALL, NEBRASKA, and FIRSTIER BANK, LOUISVILLE, COLORADO, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Rebecca R. Messall as counsel of record on behalf of the Federal Insurance Deposit Corporation as Receiver for Defendant FirsTier Bank, Louisville, (filing no. 13), is granted.

DATED this 15th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge